# Court of Appeals
# of the State of Georgia

ATLANTA,__February 11, 2021___

*The Court of Appeals hereby passes the following order:*

**A21A0921. JOHN TIMOTHY COPELAND, SR. v. JENNIFER COPELAND.**

On November 24, 2020, this Court granted John Timothy Copeland, Sr.'s application for discretionary appeal from the trial court's order granting a family violence temporary protective order in favor of his ex-wife, Jennifer Copeland. See Case No. A21D0105. This Court's order directed John Copeland to file a notice of appeal within ten days of the date of the order. See OCGA § 5-6-35 (g). John Copeland filed his notice of appeal on December 7, 2020. We lack jurisdiction.

OCGA § 5-6-35 (g) imposes a mandatory obligation on an appellant to file a notice of appeal within ten days of the granting of a discretionary appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court, and the burden is upon the appellant to file a timely notice of appeal. *Moncrief v. Tara Apts., Ltd.*, 162 Ga. App. 695 (293 SE2d 352) (1982).

John Copeland filed his notice of appeal 13 days after the order granting his application for discretionary appeal was issued. His failure to timely file a notice of appeal deprives us of jurisdiction over his appeal. See *Barnes v. Justis*, 223 Ga. App. 671, 672 (478 SE2d 402) (1996) (dismissing a discretionary appeal for failure to file a timely notice of appeal as required by OCGA § 5-6-35 (g)). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__02/11/2021_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk. *Stephen E. Castlen*